**FILED**

**October 3, 2023**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

AO 243 (Rev. 09 17)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** Northern | District Texas | |
|---|---|---|
| Name *(under which you were convicted):*<br>Juan Manuel Contreras-Zamora | | Docket or Case No.:<br>4:20-cr-339-25 |
| Place of Confinement:<br>USP Victorville | | Prisoner No.:<br>93925-011 |
| UNITED STATES OF AMERICA<br><div align="center">V.</div> | | Movant *(include name under which convicted)*<br>JUAN MANUEL CONTRERAS-ZAMORA |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    United States District Court
    Northern District of Texas - at Forth Forth

    (b) Criminal docket or case number (if you know): __4:20-cr-339-25__

2. (a) Date of the judgment of conviction (if you know): __August 12, 2021__

    (b) Date of sentencing: __August 12, 2021__

3. Length of sentence: __324 Months__

4. Nature of crime (all counts):

    21 U.S.C. 846 / 21 U.S.C. 841(a)(1), (b)(1)(A) - Counts 5, 11
    18 U.S.C. 824(c)(1)(A) & 2 - Count 12

5. (a) What was your plea? (Check one)

    (1) Not guilty [x]          (2) Guilty [ ]          (3) Nolo contendere (no contest) [ ]

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury [x]    Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]    No [x]

AO 243 (Rev. 09 17)

8.  Did you appeal from the judgment of conviction?   Yes [x]   No [ ]

9.  If you did appeal, answer the following:

(a) Name of court:  United States Court of Appeals for the Fifth Circuit

(b) Docket or case number (if you know):  21-10813

(c) Result:  Affirmed

(d) Date of result (if you know):  May 10, 2022

(e) Citation to the case (if you know):  Unpublished

(f) Grounds raised:

District Court errored in denying motion to dismiss.

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [x]   No [ ]

If "Yes," answer the following:

(1) Docket or case number (if you know):  21-8172

(2) Result:  Certiorari Denied

(3) Date of result (if you know):  October 3, 2023

(4) Citation to the case (if you know):  Juan Manuel Contreras-Zamora  v. United States, 21-8172 (2022)

(5) Grounds raised:

If, during a criminal interrogation, the suspect states, "Look man, I'm going to tell you just like this; I need my lawyer," must there be some lapse of time before the suspect can be deemed to have re-initiated the interrogation?

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
Yes [ ]   No [x]

11.  If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

AO 243 (Rev. 09 17)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐      No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised:

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐      No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:    Yes ☐     No ☐

    (2)  Second petition:  Yes ☐     No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09 17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**   Movant was denied his Sixth Amendment right to the effective assistant of counsel during the critical pre-trial phase of his criminal proceeding

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As will be explained in greater detail in the forthcoming Memorandum in Support, Movant was denied his Sixth Amendment right to the effective assistance of counsel during the critical pre-trial phase of his criminal proceeding when:

1) Counsel failed to discuss the consequences of going to trial - including potential sentencing exposure and the weight of the United States' evidence;

2) Counsel failed to explain the advantages/disadvantages of an open plea;

3) Counsel failed to explain what the United States was require to prove in order to show that the search of the vehicle was lawful;

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Claims of ineffective assistance of counsel are best brought in a post-conviction motion.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

AO 243 (Rev. 09 17)

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**   Movant was denied his Sixth Amendment right to the effective assistant of counsel during the critical trial phase of his criminal proceeding

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As will be explained in greater detail in the forthcoming Memorandum in Support, Movant was denied his Sixth Amendment right to the effective assistance of counsel during the critical trial phase of his criminal proceeding when:

    1)    Counsel failed to investigate and thereafter present a meaningful defense;
    2)    Counsel failed to challenge the Constitutionality of the search of the vehicle;
    3)    Counsel failed to discuss defense strategies with Movant;

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☒

AO 243 (Rev. 09 17)

    (2)   If you did not raise this issue in your direct appeal, explain why:
        Claims of ineffective assistance of counsel are best raised in a post-conviction motion.

(c)  **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2)   If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09 17)

**GROUND THREE:**    Movant was denied his Sixth Amendment right to the effective assistant of counsel during the critical sentencing phase of his criminal proceeding

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

As will be explained in greater detail in the forthcoming Memorandum in Support, Movant was denied his Sixth Amendment right to the effective assistance of counsel during the critical sentencing phase of his criminal proceeding when:

    1)      Counsel failed to present mitigation evidence during sentencing;

    2)      Counsel failed to challenge the drug weight attributed to Movant

(b)  **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☒

    (2)  If you did not raise this issue in your direct appeal, explain why:

    Claims of ineffective assistance of counsel are best raised in a post-conviction motion.

(c)  **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

AO 243 (Rev. 09 17)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09 17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.  Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Yes. Claims of ineffective assistance of counsel are best raised in a post-conviction motion.

AO 243 (Rev. 09 17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?   Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

Sean Colston - 4500 Airport Freeway, Fort Worth, Texas 76117

(b) At the arraignment and plea:

Sean Colston - 4500 Airport Freeway, Fort Worth, Texas 76117

(c) At the trial:

Sean Colston - 4500 Airport Freeway, Fort Worth, Texas 76117

(d) At sentencing:

Sean Colston - 4500 Airport Freeway, Fort Worth, Texas 76117

(e) On appeal:

Sean Colston - 4500 Airport Freeway, Fort Worth, Texas 76117

(f) In any post-conviction proceeding:

n/a

(g) On appeal from any ruling against you in a post-conviction proceeding:

n/a

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☒

AO 243 (Rev. 09 17)

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09 17)

Therefore. movant asks that the Court grant the following relief:

Set aside the conviction and sentence

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __September 30, 2023__ .

(month. date. year)

Executed (signed) on __September 30, 2023__ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Extremely Urgent



FOR UPS SHIPPING ONLY

ly Air®
ride Express®
y Air®
ride Expedited®

d
elect®



JUAN MANUEL CONTRERAS REG: 939
5555555555
USP VICTORVILLE
PO BOX 3900
ADELANTO CA 92301

0.1 LBS LTR          1 OF 1

RECEIVED

SHIP TO:
UNITED STATES DISTRICT COURT CLERK OCT 3 2023
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST STE 1452
DALLAS TX 75242-1310

DISTRICT COURT
DISTRICT OF TEXAS



TX 752 9-33

UPS NEXT DAY AIR SAVER          1P
TRACKING #: 1Z 84R V87 13 0779 8718

BILLING: 3RD PARTY

XOL 23.09.06    NV-15 30.0A 10/20/21

Scan QR code to
schedule a picku

Domestic Shipment:
• To qualify for the lette
correspondence, urge
8 oz or less. UPS Expr
or weighing more tha

International Shipm
• The UPS Express envel
value. Certain countrie
ups.com/importexpo

• To qualify for the lette
UPS express envelope

Note:

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195103  5/21  PAC  United Parcel Service

United Parcel Service.®